# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2021

Bridget M. McCormack,
Chief Justice

162818(66)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

LAURA FRIZZO,
      Plaintiff-Appellant,

v

CITY OF IRON RIVER and DAVID THAYER,
      Defendants-Appellees.

_____/

SC: 162818
COA: 347361
Iron CC: 17-005475-CZ

On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer submitted on May 18, 2021, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2021



Clerk